UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | **Order of Continuance** |
| v. | 25 Mag. 1376 |
| SAMUEL GONZALEZ, | |
| Defendant. | |

    Upon the application of the United States of America and the affirmation of Katherine Cheng, Assistant United States Attorney for the Southern District of New York, it is found that the defendant was charged with violations of 18 U.S.C. §§ 2252A(a)(2)(B), (a)(5)(B), (b)(1), (b)(2), and 2, in a complaint dated April 25, 2025 and was arrested on April 28, 2025 in this District;

    It is further found that, the defendant was presented before Magistrate Judge Barbara C. Moses in this District on April 28, 2025, and was ordered released on bail with certain conditions;

    It is further found that on May 27, 2025, Magistrate Judge Robyn F. Tarnofsky entered an Order of Continuance, pursuant to Rule 5.1(d) and 18 U.S.C. § 3161(h)(7)(A), extending the time within which a preliminary hearing would have to be conducted or an indictment or information would have to be filed in this case until June 27, 2025;

    It is further found that Neil P. Kelly, Esq., counsel for defendant, and Assistant United States Attorney Katherine Cheng have been engaged in, and are continuing, discussions concerning a possible disposition of this case;

    It is further found that the Government has requested a 30-day continuance to engage in further discussions with counsel about the disposition of this case and that the defendant, through counsel, has consented that such a continuance may be granted for that purpose, specifically

consenting to an extension of the deadlines under Rule 5.1 of the Federal Rules of Criminal Procedure and 18 U.S.C. § 3161(b) for an additional 30 days; and

It is further found that the granting of such a continuance is for good cause shown and best serves the ends of justice and outweighs the best interests of the public and the defendant in a speedy trial; and therefore it is

ORDERED that the request for a continuance pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure and 18 U.S.C. § 3161(h)(7)(A) is hereby granted until July 28, 2025, and that a copy of this Order and the affirmation of Assistant United States Attorney Katherine Cheng be served on counsel for the defendant by the United States Attorney's Office.

Dated: New York, New York
       June 24, 2025

_____
UNITED STATES MAGISTRATE JUDGE

Case 1:25-mj-01376-UA   Document 9   Filed 06/24/25   Page 3 of 3